IN THE UNITED STATES

UNITED STATES DISTRICT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 17 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

A1

Civil Complaint No: _____

Jonathan Lee, Riches © A/K/A
"Secured Party" d/b/a
Gino Romano,
Plaintiff

"FRAUD AGAINST MANKIND"

V.

Federal Reserve Bank; Credit
Suisse First Boston; Export-
Import Bank,
Defendants

06 - 10499 RGS

MAGISTRATE JUDGE _Jordan_

Riches v. Federal Reserve Bank et al    Doc. 1

Complaint

Comes Now the Plaintiff Jonathan Lee, Riches © AKA "Secured Party" d/b/a Gino Romano, IN Pro-se, Moves this Honorable Court to issue an order for all Defendants named in this suit to give a response. Moves this Honorable court to also issue a preliminary Injunction temporary Restraining order against Defendants. Plaintiff asks for a Jury trial. This is a complaint under 42 U.S.C. 1983, Civil Rights violation by the Constitution and Laws of the United States, Federal tort claims, and criminal crimes of: Major fraud, terrorism, Murder, treason, Extortion, Racketeering, torture, Espionage, Assault, Conspiracy, Genocide, war crimes, Identity theft, obstruction of Justice, Piracy, perjury, Sabotage, Arson, Biological weapons, criminal street gangs, Sex trafficking, prostitution, Concealment, false oaths, Bribery, riots, Slavery, Robbery, Search and seizures, Injury to wildlife, Kidnapping, Psychiatric trauma, false information, invasion, malpractices, nuisances, Entrapments, aggravations, mind manipulation, Brutality, Electronic wiretapping, Various Anti-trust laws, trading with the Enemy act, and Poisoning

[ DUE TO RESTRICTIONS ON TYPEWRITERS
THIS COMPLAINT WAS HANDWRITTEN ]

## Complaint

Plaintiff is claiming that his state and federal constitutional Rights are being violated under the 1st, 2nd, 4th, 5th, 8th, 13th, 14th amendment of the Constitution. Relief Requested, Plaintiff seeks 567,000,000,000,100,00 Trillion backed by gold and silver wire transfered via Western Union to FCI Williamsburg, Salters South Carolina. Also Plaintiff is entitled to relief under the Whistleblowing act.

### Count 1

Federal Reserve is a secret bank located under Plymouth Rock in a vast conspiracy to take over the world through the Uniform Commercial Code "UCC".

### Count 2

The Federal Reserve stole American citizens property June 5, 1933, took the gold and silver away, started Federal Reserve notes which are backed nothing of substance.

### Count 3

The Federal Reserve forces Americans to work to help pay the National debt. The Federal Reserve committed acts of Barratry.

* Dec 24th 1980 - The Federal Reserve secretly bought the New England Patriots, terrorising Americans at NFL football games, Involved with illegal sports betting on their own team, The Federal Reserve employees and New England Patriots all use performance enhancement drugs.

· I declared an investigation, and to have them referred to the District Attorneys office in Boston

### Count 4

· The Federal Reserve joined alliance with Al-qaeda on Sep. 11th 2001 they are in violation of trading with the enemy. Money laundering Money to Al-qaeda and Russian spies.

### Count 5

The Federal Reserve is involved with illegal drug trade in South America. The Federal Reserve conspired with U.S. medical doctors to kill Americans and take their wealth

## Count 6

- Jan 4th 2004 - Suisse First Boston stole my identity, then sold the information on a Ebay Auction.

- Jan 6th 2004 - Federal Reserve violated Jonathan Lee, Riches© copyright and trademark, sold millions of "GINO ROMANO" t-shirts at bank with the "Riches" logo without my permission

- April 20th 2005 - Hitlers Birthday, the Federal Reserve finances the FBI, forces all americans by arresting them to contract with the "UCC" uniform commercial code

## Count 7

Federal Reserve uses the "UCC" to use mind manipulation on myself and Americans

## Count 8

- Federal Reserve has illegal immigrants as employees
- Federal Reserve hires convicted felons
- Federal Reserve hires international spies

## Count 9

Federal Reserve is in a plot with George W. Bush to kill all foreigners Domestic in this country

- Federal Reserve financed my Lexus ES300 in 2002, the vehicle was bugged with illegal wiretapping
- The Federal Reserve injured me, tortured me, is trying to kill me.

Respectfully submitted,

Jonathan Lee, Riches©

3-14-06