```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

Jonathan Lee Riches            )
              Plaintiff,       )
                               )
          v.                   )     CIVIL ACTION NO.
                               )     06-10499-RGS
                               )
Federal Reserve Bank, et al,   )
              Defendants.      )
```

## MEMORANDUM AND ORDER

Pro se plaintiff Jonathan Lee Riches filed a civil complaint on March 17, 2006 alleging "fraud against mankind" and naming a number of defendants including the "Federal Reserve Bank." Plaintiff did not submit a filing fee with this action, nor did he file an application to proceed without prepayment of fees.

A litigant filing a civil action in this court must either (1) pay the $250 filing fee, or (2) file an application to proceed without prepayment of the filing fee. See 28 U.S.C. § 1914(a) ($250 filing fee); 28 U.S.C. § 1915(a) (in forma pauperis actions). In this case, plaintiff has done neither. Accordingly, I grant plaintiff 35 (thirty-five) days from the date of this Order either to submit the fee or to file an application to proceed without prepayment of the fees. Failure to do so within the allotted time will result in dismissal of this action without prejudice.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th day of April, 2006.

 s/ Richard G. Stearns
 UNITED STATES DISTRICT JUDGE