UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jonathan Lee., Riches© a/k/a
"Secured Party",
Plaintiff

FILED
IN CLERKS OFFICE
CIVIL ACTION NO.

06-10499 - RGS

V.

Federal Reserve Bank,
et al.,
Defendants

"Motion For Judge Recusal"
"Motion For Judges Financial Disclosure Forms"

Comes Now the Plaintiff Jonathan Lee., Riches© a/k/a "Secured Party", in pro-se, Moves this Honorable Chief Judge for Recusal of Federal District Judge Richard G. Stearns under 28 U.S.C 455 (A),(B),(C), D(4), B(4), B(5), "financial interest", Liljeberg v. Health Services, 28 U.S.C 144 Due process clause. Moves this Honorable Chief Judge to disclose Federal District Judge Richard G. Stearns Financial disclosure forms to Plaintiff. As Plaintiffs constitutional rights are being violated under the 1st, 5th, 6th, 8th, and 14th amendments. Plaintiff is entitled to these Documents under the laws of the United States

This court has Jurisdiction because Plaintiff's civil suit is in this court and Defendants located in Boston

[ DUE TO RESTRICTIONS ON TYPEWRITERS
This civil action was Hand written ]

Riches v. Federal Reserve Bank et al     Doc. 3

Plaintiff asks for federal District Judge Richard G. Stearns recusal on his Motion under 28 U.S.C 455 (A), (B), (C), D(4), B(4) B(5) "Financial Interest", LiLjeberg v. Health Services, 28 U.S.C 144 Due process clause, Richard G. Stearns and his family to the 3rd degree having a financial interest with Plaintiff's victims, Also Richard G. Stearns previous relationship and distant relative with Jonathan Lee, Riches©. This is a timely issue raised.

Federal District Judge Richard G. Stearns under 28 USC 455 (C) has failed to inform Plaintiff in ownership or business dealings with him and his family within the 3rd degree with Plaintiff's defendants.

Federal District Judge Richard G. Stearns under 28 U.S.C 455 B(4) has a spouse or relatives within the 3rd degree (US vs. Higganbotham 10th 2003) that has a financial interest with Plaintiff's victims.

The C.A. Wright & A. Miller Federal Practice & Procedure §3548, at 607 n.3 defines persons within the third degree: Children, Grandchildren, Great Grandchildren, Parents, Grandparents, Uncles, Aunts, Brothers, Sisters, Nephews, and Neices.

Federal District Judge Richard G. Stearns under 28 USC 455 B(5), the financial interest with Plaintiff's victim could effect the outcome of Plaintiff's motion against the defendants.

Federal District Judge Richard G. Stearns under 28 USC 455 (A), 455 (B), would would impartially and bias would be a "complete miscarriage of Justice" if he hears Plaintiff's motion

Federal District Judge Richard G. Stearns attended group gatherings, christmas parties, pictures taken with plaintiff.

Plaintiff asks this court for federal District Judge Richard G. Stearns financial disclosure forms to analyze and inspect for any financial dealings/ownership he may of had with Plaintiff's ~~Defendants~~, to prove no bias or conflict of interest.

The Plaintiff prays this Honorable Court for relief on everything asked with these motions. Plaintiff also asks this court that any future response by this court to be addressed to Plaintiff as "legal Mail" on the outside envelope, so Plaintiff's legal mail can be opened in front of him and not tampered.

Respectfully submitted,

Jonathan Lee, Riches ©
U.C.C. 1-308

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, South Carolina 29590