## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**JONATHAN LEE RIESCHES**

   **V.**        **CIVIL ACTION NO. 06-10499-RGS**

**FEDERAL RESERVE BANK, ET AL**

## ORDER OF DISMISSAL

**STEARNS, DJ.**              **JUNE 19, 2006**

  THE PLAINTIFF HAVING FAILED TO COMPLY WITH THIS COURT'S ORDER TO PAY THE FILING FEE AND TO FILE AN IFP BY JUNE 6, 2006,

  IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

  SO ORDERED.

              **RICHARD G. STEARNS**
              **UNITED STATES DISTRICT JUDGE**

  **BY:**

             **/s/ Mary H. Johnson**
              **Deputy Clerk**